ORIGINAL

FILED

04/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0172

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0172

CITY OF COLUMBIA FALLS,

       Plaintiff and Appellee,

  v.

BONNIE L. CHAPMAN,

       Defendant and Appellant.

FILED

APR 29 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

The parties, by and through their counsel of record, stipulate and move for an order remanding Flathead County Cause No. DC-18-416(D) to the Columbia Falls City Court with instructions to strike the $335 fine from the November 1, 2018 Sentencing Order. Defendant Bonnie L. Chapman appealed the fine to the Eleventh Judicial District Court, and the District Court affirmed the fine.

Without agreeing with all the arguments advanced by Chapman, the Attorney General's Office concedes that the City Court's imposition of the $335 fine was illegal. Ms. Chapman's sole source of income is social security payments of $1,300.00 per month. Under United States and Montana law, a court cannot order a defendant to pay a court fine from social security benefits. *State v. Eaton*, 2004 MT 283, 323 Mont. 287, 99 P.3d 661. On this ground, the parties request this Court to remand the case for compliance with 42 U.S.C. § 407(a) and United States Supreme Court caselaw.

Having reviewed the parties' stipulation and motion to dismiss appeal with prejudice, and good cause appearing,

IT IS HEREBY ORDERED that Cause No. DC-18-416(D) is remanded to the Columbia Falls City Court with instructions to strike the $335 fine from the November 1, 2018 Sentencing Order.

There being no other issues remaining for consideration,

IT IS FURTHER ORDERED that Chapman's appeal is dismissed with prejudice.

The Clerk is directed to provide copies of this Order to all counsel of record and to the Honorable Dan Wilson, presiding District Court Judge.

Dated this 29ᵗʰ day of April, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices